IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JUAN DEMETRIUS HILL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) Case No. CIV-23-884-SLP |
| STEPHENS COUNTY SHERIFF, et al., | ) ) ) |
| Defendants. | ) ) |

**O R D E R**

The Court is in receipt of a letter from Plaintiff Juan Demetrius Hill [Doc. No. 12] and a Motion for a Writ of Scire Facias. *See* [Doc. No. 13]. This is a closed case as the Court dismissed this action on May 15, 2024, after adopting the Report and Recommendation of Magistrate Judge Shon T. Erwin. *See* [Docs. No. 9, 10]. As to Plaintiff's letter, the Court notes that he has submitted multiple letters in this matter, and Plaintiff is advised the Court does not rule on correspondence. Any request for action by the Court must be presented in the form of a motion. Plaintiff is cautioned that the Court will address only submissions that conform to its Local Civil Rules and the Federal Rules of Civil Procedure.

Further, under the Federal Rules of Civil Procedure 81(b), writs of scire facias are abolished in federal court. *See* Fed. R. Civ. P. 81(b) ("The writs of scire facias and mandamus are abolished. Relief previously available through them may be obtained by appropriate action or motion under these rules."); *Cauthon v. Simmons*, 74 F.3d 1248 (10th

Cir. 1996) (holding a party "cannot invoke Rule 81(b) as a means of obtaining jurisdiction to seek mandamus relief" where Rule 81(b) abolished the "writs of scire facias and mandamus"); *Hansjurgens v. Bailey*, 639 B.R. 262, 271 (S.D. Ga. 2022) ("In federal court, however, the writ of scire facias has been abolished."). While "[t]he relief formerly obtained through scire facias include[s] the revival of judgment" pursuant to Rules 69(a) and 81(b), *see Sec. Inv. Prot. Corp. v. Institutional Sec. of Colorado, Inc.*, 37 F. App'x 423, 425 (10th Cir. 2002) (unpublished), such relief is not available to Plaintiff as this case was dismissed, so there is no money judgment in his favor to be revived. *See* Fed. R. Civ. P. 69(a). Accordingly, Plaintiff's Motion for a Writ of Scire Facias is DENIED.

    IT IS SO ORDERED this 14th day of May, 2025.

*[signature]*

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE